IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ISRAEL CAMACHO,**

   *Plaintiff*,

v.     Case No.: 4:20cv472-MW/MJF

**CENTURION OF FLORIDA, LLC,**
**et al.,**

   *Defendants*.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 23. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 23, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute and failure to comply with court orders." The Clerk shall close the file.

**SO ORDERED on March 15, 2022.**

                                                s/Mark E. Walker             
                                              **Chief United States District Judge**